UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YONGQIAN MO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIGRATION SERVICES, *et al.*,<br><br>  Defendants. | Civil Action No. 22-1342 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [26] Motion for Summary Judgment is DENIED;

2. Defendants' [28] Motion for Summary Judgment is GRANTED; and

3. Judgment is ENTERED in favor of Defendants.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: February 27, 2024

1